Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−12202−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Xenia Rivero
   975 Bay Ave
   Toms River, NJ 08753

Social Security No.:
   xxx−xx−7349

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/26/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 26, 2025
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Xenia Rivero  
  Debtor

Case No. 23-12202-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 4
Date Rcvd: Nov 26, 2025 | Form ID: 148 | Total Noticed: 45

The following symbols are used throughout this certificate:
| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Xenia Rivero, 975 Bay Ave, Toms River, NJ 08753-3634 |
| 519864836 | + | Kayal Med Group - Franklin Lakes, 784 Franklin Ave, Ste 250, Franklin Lakes, NJ 07417-1306 |
| 519956263 | + | Kayal Orthopaedic Center, 784 Franklin Avenue, Suite 250, Franklin Lakes, NJ 07417-1306 |
| 519957165 | + | Kayal Orthopaedic Center, PC, 784 Franklin Avenue, Suite 250, Franklin Lakes, NJ 07417-1306 |
| 519864837 | + | LVNV Funding LLC, PO Box 15298, Wilmington, DE 19850-5298 |
| 519864840 | | NJ Natural Gas, 1415 Wyckoff Road, Belmar, NJ 07719 |
| 519864844 | + | Toms River MUA, 340 W Water St, Toms River, NJ 08753-6533 |
| 519864845 | | Viola Credit, 12 Abba Eban Ave, Ackerstein Towers, Bldg D, Herzliya, Israel, 46725 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 26 2025 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 26 2025 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 26 2025 20:40:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 519864827 | + | EDI: CAPITALONE.COM | Nov 27 2025 01:26:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519864828 | + | EDI: CAPONEAUTO.COM | Nov 27 2025 01:26:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 519869542 | + | EDI: AISACG.COM | Nov 27 2025 01:26:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519892269 | + | EDI: AISACG.COM | Nov 27 2025 01:26:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519873856 | + | EDI: AIS.COM | Nov 27 2025 01:26:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519864829 | + | EDI: CITICORP | Nov 27 2025 01:26:00 | Citibank Sd, Na, Attn: Centralized Bankruptcy, Po Box 790034, Saint Louis, MO 63179-0034 |
| 519864830 | + | EDI: WFNNB.COM | Nov 27 2025 01:26:00 | Comenity Bank, Attn: Bankruptcy, P.O. Box 182120, Columbus, OH 43218-2120 |
| 519864831 | + | Email/Text: bankruptcy@connexuscu.org | Nov 26 2025 20:41:00 | Connexus CU, Attn: Bankruptcy, Po Box 8026, Wausau, WI 54402-8026 |
| 519864832 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 26 2025 20:41:00 | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln, NE |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 68501-2505 |
| 519864833 | + | EDI: AMINFOFP.COM | Nov 27 2025 01:26:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519864834 | + | EDI: PHINGENESIS | Nov 27 2025 01:26:00 | Genesis Credit, Attn Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 519888075 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Nov 26 2025 20:40:00 | JCP&L, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 519864835 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Nov 26 2025 20:40:00 | JCP&L, 76 South Main Street, Akron, OH 44308-1812 |
| 519870951 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 26 2025 21:00:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520441247 | + | EDI: AISMIDFIRST | Nov 27 2025 01:26:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 520441246 | + | EDI: AISMIDFIRST | Nov 27 2025 01:26:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 519864838 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 26 2025 20:41:00 | Midland Funding, 1037 Raymond Blvd, Suite 710, Newark, NJ 07102-5423 |
| 519864839 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 26 2025 20:40:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 519927442 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 26 2025 20:40:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9741 |
| 520004082 | + | Email/Text: BankruptcyNotices@njresources.com | Nov 26 2025 20:40:00 | New Jersey Natural Gas, 1415 Wykoff Rd POB 1378, Wall, NJ 07719-1378 |
| 519930494 | | EDI: PRA.COM | Nov 27 2025 01:26:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519919876 | + | EDI: JEFFERSONCAP.COM | Nov 27 2025 01:26:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519887705 | | EDI: Q3G.COM | Nov 27 2025 01:26:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519887390 | | EDI: Q3G.COM | Nov 27 2025 01:26:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519920104 | | Email/Text: bankruptcy@springoakscapital.com | Nov 26 2025 20:40:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE VA 23327-1216 |
| 519864841 | | Email/Text: bankruptcy@springoakscapital.com | Nov 26 2025 20:40:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 519924857 | + | EDI: AIS.COM | Nov 27 2025 01:26:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519864842 | | EDI: SYNC | Nov 27 2025 01:26:00 | Synchrony Bank, Attn: Bankruptcy, PO Box 965061, Orlando, FL 32896-5061 |
| 519865191 | + | EDI: PRA.COM | Nov 27 2025 01:26:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519864843 | + | Email/Text: jcissell@bankofmissouri.com | Nov 26 2025 20:40:00 | The Bank of Missouri, 916 N Kings Highway, Perryville, MO 63775-1204 |
| 519864844 | + | Email/Text: kc@tomsrivermua.org | Nov 26 2025 20:40:00 | Toms River MUA, 340 W Water St, Toms River, NJ 08753-6533 |
| 519908297 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 26 2025 21:00:54 | U.S. Department of Housing and Urban |

| | | | | |
|---|---|---|---|---|
| | | | | Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519882780 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov Nov 26 2025 20:41:00 | | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 519920712 | + | EDI: AIS.COM Nov 27 2025 01:26:00 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519864846 | ^ | MEBN Nov 26 2025 20:30:16 | | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 28, 2025            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jessica Ann Berry | on behalf of Creditor Nationstar Mortgage LLC bankruptcy@gmlaw.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Roger Fay | on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net bkecf@milsteadlaw.com |
| Scott J. Goldstein | on behalf of Debtor Xenia Rivero scott@wg-attorneys.com LawOfficesofScottJGoldsteinLLC@jubileebk.net;dontas@wg-attorneys.com;nyrva@wg-attorneys.com;services@infotrack.com |
| Sherri R. Dicks | on behalf of Creditor Nationstar Mortgage LLC sdicks@raslg.com shrdlaw@hotmail.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 User: admin Page 4 of 4
Date Rcvd: Nov 26, 2025 Form ID: 148 Total Noticed: 45
TOTAL: 10